IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC KING**                                                                            **PLAINTIFF**

**v.**                                                                                  **No. 4:05CV265-P-A**

**CORRECTIONS CORPORATION**
**OF AMERICA, ET AL.**                                                                  **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the plaintiff's two motions for a temporary restraining order or preliminary injunction are hereby **DENIED.**

**SO ORDERED,** this the 28th day of April, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE