IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC KING**                                                                                                           **PLAINTIFF**

v.                                                                                                                   No. 4:05CV265-P-B

**CORRECTIONS CORPORATION
OF AMERICA, ET AL.**                                                                     **DEFENDANTS**

## ORDER GRANTING DEFENDANT EPPS' MOTION TO SET ASIDE DEFAULT – DISMISSING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

This matter comes before the court on the September 11, 2006, motion by the plaintiff for the Clerk of the Court to enter a default against defendant Christopher Epps – and the September 15, 2006, motion by defendant Epps to set aside the entry of default. The Clerk of the Court has filed an entry of default against defendant Epps. As such, the plaintiff's September 11, 2006, motion is hereby **DISMISSED** as moot. The defendant Epps, has, however, filed an answer with the court, as well as a motion to set aside the Clerk's Entry of Default. As defendant Epps has now responded to the plaintiff's complaint, the Clerk's Entry of Default is hereby **SET ASIDE**.

      **SO ORDERED,** this the 7th day of November, 2006.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE