IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC KING**                                                                                **PLAINTIFF**

V.                                                                **NO: 4:05CV265-WAP-EMB**

**CORRECTIONS CORPORATION
OF AMERICA, ET AL.**                                                       **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of plaintiff's Motion for Default Judgment and the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 17, 2007, was on that date duly served by regular mail upon plaintiff and electronically upon counsel for defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the April 17, 2007 Report and Recommendation of the magistrate judge is hereby **ADOPTED** as the opinion of the Court.

    2. That in accordance with the opinion of the Court, Plaintiff's Motion for a Default Judgment is **DENIED**.

    **THIS**, the 17th day of May, 2007.

                                                    /s/ W. Allen Pepper, Jr.
                                                  W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE