IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC KING**                                                                **PLAINTIFF**

**v.**                                         **NO: 4:05CV265-SA-EMB**

**CORRECTIONS CORPORATION**
**OF AMERICA, ET AL.**                                **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated January 8, 2008, was on that date duly served by regular mail upon the *pro se* plaintiff and electronically upon counsel for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the magistrate judge dated January 8, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

    2. That in accordance with the opinion of the Court, Plaintiff's Motion Seeking Emergency Injunctive Relief [doc. 100] is **DENIED**.

    **THIS**, the 28th day of January, 2008.

                                                              /s/ Sharion Aycock
                                                              **U. S. DISTRICT JUDGE**